## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 10, 2025

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 25-11587-E
Case Style: Freedom Mortgage Corporation v. Ashbry, LLC
District Court Docket No: 1:25-cv-21130-CMA

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 25-11587-E

_____

FREEDOM MORTGAGE CORPORATION,

                                      Plaintiff - Appellee,

versus

EDWARD KENNETH IRELAND, et al.,

                                      Defendants,

ASHBRY, LLC,

                                      Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is dismissed for want of prosecution because the appellant Ashbry, LLC failed to retain counsel in accordance with Palazzo v. Gulf Oil 764 F.2d 1381, 1385 (11th Cir. 1995) within the time fixed by the rules.

Effective June 10, 2025.

                                DAVID J. SMITH
             Clerk of Court of the United States Court
                of Appeals for the Eleventh Circuit

                                                  FOR THE COURT - BY DIRECTION